Similarly, it appears that defendant's conduct here meets the definition of "predatory conduct" in OV 10 notwithstanding his mistake about the actual characteristics of the victim.

The Court of Appeals on remand gave an unnecessarily crimped view of our holding in *Cannon*. If we deny leave to appeal, the Court of Appeals decision will render a classic example of predatory conduct—seducing minors for sexual abuse over the Internet—immune from OV 10 when the perpetrator is prosecuted by units targeting Internet predators. I would not so cripple this essential investigative technique when the decision below does not square with the plain statutory language of OV 10. I would grant leave to appeal.

YOUNG, J. I join the statement of Justice CORRIGAN.

*In re* COLLINS (DEPARTMENT OF HUMAN SERVICES v COLLINS) Nos. 138912 and 138923; Court of Appeals Nos. 288182 and 288253.

*Summary Disposition June 10, 2009:*

HANNA v MERLOS, No. 138743. Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. See *Scarsella v Pollak*, 461 Mich 547, 549 (2000). We further order that the trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear. Court of Appeals No. 289513.

*Leave to Appeal Denied June 10, 2009:*

PEOPLE v HUVER, No. 136701; Court of Appeals No. 274099.
KELLY, C.J. I would grant leave to appeal.

PEOPLE v NEIL BENNETT, No. 136942; Court of Appeals No. 274390.
KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

PEOPLE v WILLIAM GATES, No. 136998; Court of Appeals No. 271508.
KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

PEOPLE v RICHARD HENSLEY, No. 137252; Court of Appeals No. 272688.
KELLY, C.J. I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

PEOPLE v RILEY, No. 137493; Court of Appeals No. 277757.

PEOPLE v BLOCKSOM, No. 137810; Court of Appeals No. 277214.